STATE OF NEBRASKA, APPELLEE, v. TRACY PITTMAN, APPELLANT.

213 N. W. 2d 716

Filed January 4, 1974. No. 39153.

Walter J. Matejka, for appellant.

Herbert M. Fitle, Gary P. Bucchino, and Richard J. Epstein, for appellee.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

SPENCER, J.

Defendant, Tracy Pittman, appeals from a conviction of soliciting prostitution under Omaha municipal ordinance No. 25.75.030. She was sentenced to 90 days in the Douglas county jail. We affirm.

The appeal herein is patently frivolous. Defendant infers entrapment, because the police officer made himself available for solicitation by the defendant. There is no merit to defendant's assignments.

The judgment is affirmed.

AFFIRMED.